# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02630-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.   Failure to include this number may result in a delay in the consideration of your claims.**)

JANET L. WALCOTT,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

    Plaintiff has submitted to the court a Civil Complaint for Injunctive Relief and Refund (ECF No. 1).   Plaintiff also has tendered to the court a partial filing fee payment in the amount of $350.00.   However, the amount necessary to commence a civil action is $400.00, which includes the $350.00 filing fee pursuant to 28 U.S.C. § 1914(a) and a $50.00 administrative fee effective in this Court as of May 1, 2013.   Plaintiff will be directed to cure this deficiency by tendering to the court an additional payment in the amount of $50.00 if she wishes to pursue her claims in this action.   Accordingly, it is

    ORDERED that Plaintiff cure the designated deficiency by tendering to the court an additional payment in the amount of $50.00.   It is

    FURTHER ORDERED that this action will be dismissed without further notice if Plaintiff fails to cure the designated deficiency **within thirty (30) days from the date of**

**this order**.

DATED December 3, 2015, at Denver, Colorado.

BY THE COURT:

 s/ Gordon P. Gallagher
United States Magistrate Judge